lates to reduce the verdict to $1,500, in which event the judgment is modified accordingly, and as so modified, judgment and order unanimously affirmed, without costs.

GIOVANELLA D'AMIANO, as Administratrix, etc., of ANTONIO D'AMIANO, Deceased, Respondent, v. THE PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

ANNIE FINE, Respondent, v. ISIDORE SILVERMAN and MAX SILVERMAN, Doing Business under the Firm Name and Style of I. SILVERMAN & SON, Appellants.— Judgment and order unanimously affirmed, with costs.

J. JOHN HASSETT, Appellant, y. HARRIET ARNOT RATHBONE, Personally, and as President of T. BRIGGS & Co., and T. BRIGGS & Co., Respondents.— Judgment unanimously affirmed, with costs. Sewell, J., not sitting.

GEORGE B. HAKINS, Appellant, v. AGNES A. BOSTWICK and Others, Defendants, Impleaded with CARLTON J. McEUEN and Another, Surviving Trustees, etc., Respondents.— Interlocutory judgment unanimously affirmed, without costs, with leave to plaintiff to amend on payment of costs in the court below.

EVANETTA HARE, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

OSMAN F. KINLOCH, Respondent, v. AGRICULTURAL INSURANCE COMPANY, Appellant, Impleaded with Another.— Judgment and order unanimously affirmed, with costs.

OSMAN F. KINLOCH, Respondent, v. AGRICULTURAL INSURANCE COMPANY, Appellant, Impleaded with Another.— Order unanimously affirmed, with ten dollars costs and disbursements.

THOMAS M. LOSIE, as Executor, etc., of ARTHUR T. LOSIE, Deceased, Respondent, v. THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of Mrs. E. LUDWIG, Appellant, for Compensation to Herself and Her Children, for the Death of HERMAN LUDWIG, under the Workmen's Compensation Law, v. GROH'S BREWERY COMPANY, Employer, and BREWERS' MUTUAL INDEMNITY INSURANCE COMPANY, Insurer, Respondents.— Decision unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES J. SMYTH, Respondent, for Compensation under the Workmen's Compensation Law, v. PACKARD MOTOR CAR COMPANY OF NEW YORK, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JULIA SAYERS, Widow, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of EDWARD SAYERS, SR., v. BILL, BELL & COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurance Carrier, Appellants.— Order unanimously affirmed. Kellogg, P. J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES T. CAINE, Respondent, v. GREENHUT COMPANY,